IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIK HENDERSON, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:14-CV-505-M-BN |
| | § | |
| FENWICK PROTECTIVE INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on May 1, 2015. *See* Dkt. No. 24. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Fenwick Protective Inc. is in default. The Court directs the Clerk of Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Fenwick Protective Inc. Defendants' Original Answer to Plaintiffs' First Amended Complaint Answer [Dkt. No. 7] shall be stricken as to Defendant Fenwick Protective Inc. only. Plaintiff must move, by no later than a date 30 days from the date of this Order, for default judgment against Defendant Fenwick Protective Inc. for failure to appear by and through counsel.

SO ORDERED this 28 day of May, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS