U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 28 2015

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIK HENDERSON, ET AL., | § § | |
| Plaintiffs, | § § | |
| V. | § | No. 3:14-CV-505-M |
| FENWICK PROTECTIVE INC., ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on November 23, 2015. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiffs Erik Henderson and Matthew LaRue's Motions for Default Judgment are GRANTED. Dkt. Nos. 30 & 55.

SO ORDERED this 28 day of December, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS